HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTONIO GUADALUPE LOPEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ANTONIO GUADALUPE LOPEZ-GARCIA,<br><br>    Defendant. | Case No. 16-cr-0143-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 30, 2016, AT 9:00 A.M.<br><br>Date: September 2, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

   The parties stipulate, through respective counsel, that the Court should continue the status conference set on September 2, 2016, at 9:00 a.m., to September 30, 2016, at 9:00 a.m.

   Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case. Additional time is necessary to confer with client about how to proceed with case.

   For these reasons, counsel and the defendant agree that the Court should exclude the time from September 2, 2016, through September 30, 2016, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 1, 2016         HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ M.Petrik_____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender

DATED: September 1, 2016         PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/ M.Petrik for_____
                                 JAMES CONOLLY
                                 Assistant U.S. Attorney

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for September 30, 2016, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including September 30, 2016, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  September 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge