PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTONIO GUADALUPE LOPEZ-GARCIA, <br><br> Defendant. | CASE NO. 2:16-CR-00143-GEB <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER <br><br> DATE: September 30, 2016 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 30, 2016.

2. By this stipulation, the parties request that the Court continue the status conference until October 21, 2016, and to exclude time between September 30, 2016, and October 21, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case thus far includes approximately 90 pages of investigative reports and related documents, as well as approximately 2.75 GB of video evidence. This discovery has been produced directly to counsel.

   b) Counsel for defendant desires additional time to review the discovery provided, to

conduct investigation and research related to the charges, and to consult with his client to discuss potential resolutions.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2016 to October 21, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 28, 2016       PHILLIP A. TALBERT
                    Acting United States Attorney

                    /s/ *JAMES R. CONOLLY*
                    JAMES R. CONOLLY
                    Assistant United States Attorney

Dated:  September 28, 2016       /s/ *MICHAEL PETRIK*
                    MICHAEL PETRIK
                    Counsel for Defendant
                    Antonio Guadalupe Lopez-Garcia

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge