UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANTONIO GUADALUPE LOPEZ-GARCIA,,<br><br>           Defendant. | No.  2:16-cr-143-GEB<br><br>**ORDER SEALING DEFENDANT LOPEZ-GARCIA'S LETTER FILE STAMPED ON FEBRUARY 16,2017** |

On February 17, 2017, the undersigned judge received a letter from Defendant, in which he seeks another attorney if his appointed attorney is too busy to see him.  This letter is file stamped February 16, 2017, and shall be filed under seal and served only on Defendant's attorney.  The "Docket Text" concerning this sealing shall state "Defendant's letter concerning his appointed counsel."

Dated: February 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1