UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTONIO GUADALUPE LOPEZ-GARCIA,,<br><br>            Defendant. | No.  2:16-cr-143-GEB<br><br>**ORDER SEALING DEFENDANT LOPEZ-GARCIA'S LETTER FILE STAMPED ON MARCH 29,2017** |

   On March 29, 2017, the undersigned judge received a letter from Defendant, in which he seeks another attorney if his appointed attorney does not inform him about the status of this case and have "real conversation[s]" with him.  This letter is file stamped March 29, 2017, and shall be filed under seal and served only on Defendant's attorney.  The "Docket Text" concerning this sealing shall state "Defendant's letter concerning his appointed counsel."

Dated:  April 3, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1