CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANTONIO GUADALUPE LOPEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO GUADALUPE LOPEZ-GARCIA,<br><br>Defendant. | Case No.: 16-143 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: June 23, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, James Conolly, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant ANTONIO GUADALUPE LOPEZ-GARCIA, that the status conference in this matter currently scheduled for June 23, 2017, at 9:00 a.m. be vacated, and the matter be continued to this court's criminal calendar on August 4, 2017, at 9:00 a.m. for further status conference. Defense counsel was assigned this case by the CJA panel on May 1, 2017, and is in the process of continuing to review discovery, which consists of several hundred pages of reports as well as mixed media recordings. Defense counsel needs additional time to review discovery, conduct investigation, as necessary, then confer with Mr. Lopez-Garcia.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: June 22, 2017

/S/ James Conolly
PHILLIP A. TALBERT
by JAMES CONOLLY
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Antonio Guadalupe Lopez-Garcia

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 23, 2017, at 9:00 a.m., be vacated and the matter continued for further status conference on August 4, 2017, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: June 23, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge