CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANTONIO GUADALUPE LOPEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO GUADALUPE LOPEZ-GARCIA,<br><br>Defendant. | Case No.: 16-143 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: August 4, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, James Conolly, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant ANTONIO GUADALUPE LOPEZ-GARCIA, that the status conference in this matter currently scheduled for August 4, 2017, at 9:00 a.m. be vacated, and the matter be continued to this court's criminal calendar on August 25, 2017, at 9:00 a.m. for further status conference. Defense counsel will require additional time to review the plea agreement and discuss it with Mr. Lopez-Garcia, as well as conduct any investigation, as necessary.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

08/04/17

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: August 3, 2017 /S/ James Conolly
PHILLIP A. TALBERT
by JAMES CONOLLY
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Antonio Guadalupe Lopez-Garcia

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 4, 2017, at 9:00 a.m., be vacated and the matter continued for further status conference on August 25, 2017, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: August 4, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

08/04/17