CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Antonio Lopez-Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO LOPEZ-GARCIA,<br><br>Defendant. | Case No.: 16-143 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: August 25, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, Counsel for Plaintiff, and Clemente M. Jiménez, Counsel for Antonio Lopez-Garcia, that the status conference scheduled for August 25, 2017, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 22, 2017, at 9:00 a.m., for further status conference.

The parties are in ongoing negotiations and anticipate possible change of plea at the subsequent status conference. In the interim, the defense requires additional time to conduct investigation and confer with Mr. Lopez-Garcia.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: August 23, 2017 /S/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Antonio Lopez-Garcia

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 25, 2017, at 9:00 a.m., be vacated and the matter continued to September 22, 2017, at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act be excluded from computation of time pursuant to Section 18 U.S.C. 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

Dated: August 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge