PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00143-GEB |
| Plaintiff, | [AMENDED] STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ANTONIO GUADALUPE LOPEZ-GARCIA, | DATE: December 1, 2017 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on December 1, 2017.

2. The United States previously filed a stipulation and proposed order continuing the December 1, 2017 status conference to January 13, 2018, which falls on a Saturday. This was in error, and the stipulation should have requested a new date of "January 12, 2018," which is a Friday. The United States now files this Amended Stipulation to Continue Status Conference and Exclude Time Periods Under Speedy Trial Act, as well as Amended Findings and Order.

3. By this stipulation, the parties move to continue the status conference until January 12, 2018, and to exclude time between December 1, 2017, and January 12, 2018, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) Defense counsel is conducting further investigation into the background of this matter, including recently-discovered facts, in order to assist his client. That investigation is

ongoing.

      b)      In addition, the government has produced discovery in the form of approximately 90 pages of investigative reports and related documents, as well as 2.75 GB of photographs and video evidence, which the defendant will need further time to review, discuss with his counsel, and pursue investigation.

      c)      Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 1, 2017 to January 12, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 30, 2017              PHILLIP A. TALBERT
                                                    Acting United States Attorney

                                                    /s/ *James R. Conolly*
                                                    JAMES R. CONOLLY
                                                    Assistant United States Attorney

Dated: November 30, 2017              /s/ *Clemente Jimenez*
                                                    CLEMENTE JIMENEZ
                                                    Counsel for Defendant
                                                    Antonio Guadalupe Lopez-Garcia

## [PROPOSED] FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 12, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is further ordered that the December 1, 2017 status conference shall be continued until and January 12, 2018, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: November 30, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge