CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANTONIO LOPEZ-GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO LOPEZ-GARCIA,<br><br>Defendant. | Case No.: 16-143 GEB<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:  June 15, 2018<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ANTONIO LOPEZ-GARCIA, that the sentencing hearing scheduled for June 15, 2018, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on August 3, 2018, at 9:00 a.m. for judgment and sentencing. The parties require additional time to review the forthcoming presentence report and to file any objections, as necessary. The parties propose the following briefing schedule:

Draft Presentence Report: June 22, 2018

Informal Objections: July 6, 2018

Motion for Correction: July 13, 2018

//

06/06/18

Reply, or Non-Opposition: July 27, 2018

J&S: August 3, 2018

DATED: June 4, 2018  /S/  James Conolly
MCGREGOR W. SCOTT
by JAMES CONOLLY
Attorney for Plaintiff

/S/  Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for ANTONIO LOPEZ-GARCIA

# ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for June 15, 2018, at 9:00 a.m., be vacated and the matter continued to August 3, 2018, at 9:00 a.m. for judgment and sentencing.

Dated: June 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge