1 McGREGOR W. SCOTT
United States Attorney
2 JAMES R. CONOLLY
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-143-GEB |
|---|---|
| Plaintiff, | ORDER SEALING SENTENCING DOCUMENTS |
| v. | |
| ANTONIO GUADALUPE LOPEZ-GARCIA, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the United States' Request to Seal, IT IS HEREBY ORDERED that the United States' two-page supplement to its sentencing memorandum, pertaining to defendant Antonio Guadalupe Lopez-Garcia, and the United States' Request to Seal, shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the United States' request, sealing the aforementioned memorandum serves a compelling interest.

///

///

///

The Court further finds that, in the absence of closure, the compelling interests identified by the United States would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the United States' memorandum that would adequately protect the compelling interests identified by the United States.

Dated: August 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge